**Jose MONTANEZ, Jr., Petitioner–Appellant,**

v.

**Tom FELKER, Warden, Respondent–Appellee.**

**No. 07–56726.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 6, 2009.

Filed Nov. 13, 2009.

Jose Montanez, Jr., Susanville, CA, pro se.

Gene Vorobyov, Law Office of Gene Vorobyov, San Francisco, CA, for Petitioner-Appellant.

J. Michael Lehmann, Deputy Attorney General, AGCA—Office of the California Attorney General, Los Angeles, CA, for Respondent-Appellee.

Before: SCHROEDER and IKUTA, Circuit Judges, and SEDWICK,* District Judge.

MEMORANDUM **

Jose Montanez, Jr., is a California state prisoner appealing the district court's dismissal of his 28 U.S.C. § 2254 petition as untimely. Petitioner is not entitled to equitable tolling, because he has failed to

---

* The Honorable John W. Sedwick, United States District Judge for the District of Alaska, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

show diligence. *See Bryant v. Ariz. Atty. Gen.*, 499 F.3d 1056, 1061 (9th Cir.2007). The district court did not clearly err in finding that petitioner did not demonstrate that he requested his legal materials while in Administrative Segregation or made any effort to prepare a petition before such Segregation.

**AFFIRMED.**

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.